# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| PAUL MARTINEZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>VENTANA DEVELOPMENT FUND, LLC, a Nevada limited liability company; VENTANA DEVELOPMENT, INC., a Nevada corporation; KERRY ROGERS, individually<br><br>　　　　Defendants. | 2:07-CV-00565-PMP-GWF<br><br>**ORDER** |

　　　Before the Court for consideration is Defendant Kerry Rogers' fully briefed Motion to Quash Bench Warrant (Doc. #113), filed on May 14, 2010. The Court finds that Defendant's motion should be granted.

　　　Specifically, the bench warrant for Defendant Rogers was issued on January 26, 2009 as a result of his failure to comply with Orders of this Court that he appear at a discovery deposition. Subsequently, the Court granted Plaintiff's Motion to Strike Defendant Rogers' pleadings and entered default judgment against Defendant Rogers. As a result the basis for issuing the original arrest warrant in this case no longer exists and the warrant must be quashed.

///

///

///

**IT IS THEREFORE ORDERED that** Defendant Kerry Rogers' Motion to Quash Bench Warrant (Doc. #113) is **GRANTED** and the bench warrant issued on January 26, 2009 by this Court is hereby quashed.

DATED: May 24, 2010.

PHILIP M. PRO
United States District Judge